# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 19, 2021

162139

Bridget M. McCormack,
Chief Justice

Brian K. Zahra
David F. Viviano
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh
Elizabeth M. Welch,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
     Plaintiff-Appellee,

v

MARTY THOMAS PENNELL,
     Defendant-Appellant.

SC: 162139
COA: 353434
Grand Traverse CC: 2017-012702-FH

_____/

On order of the Court, the application for leave to appeal the September 3, 2020 order of the Court of Appeals is considered. We DIRECT the Grand Traverse County Prosecuting Attorney to answer the application for leave to appeal within 28 days after the date of this order. We also direct the prosecuting attorney to address whether the defendant's sentencing claims should be considered under the standard applicable to direct appeals by virtue of the request for the appointment of appellate counsel that the defendant submitted on the date of sentencing. See, e.g., *People v Dewey*, 503 Mich 879 (2018); *People v Harris*, 501 Mich 922 (2017).

The application for leave to appeal remains pending.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 19, 2021



Clerk

t0316